**Slip Op. 08-126**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRUSTEES IN BANKRUPTCY OF NORTH AMERICAN RUBBER THREAD CO., INC., FILMAX SDN. BHD., HEVEAFIL USA, INC., AND HEVEAFIL SDN. BHD.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Before: Richard W. Goldberg, Senior Judge<br><br>Consol. Court No. 05-00539 |

### JUDGMENT

　　Upon consideration of defendant's motion for entry of final judgment, and all other pertinent papers, it is hereby

**ORDERED** that the defendant's motion is granted; and it is further

**ORDERED** that this Court's order of June 10th, 2008 is vacated to the extent that it remands this action to the Department of Commerce for further proceedings; and it is further

**ORDERED** that the Department of Commerce shall initiate a changed circumstances review pursuant to 19 U.S.C. § 1675(b); and it is further

**ORDERED** that all further claims are dismissed as unripe.

Dated: November 21, 2008　　　　　　　/s/ Richard W. Goldberg
　　　　　New York, New York　　　　　　Richard W. Goldberg
　　　　　　　　　　　　　　　　　　　　Senior Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____   By: _____
                                     Deputy Clerk